(Original)

In The United States District Court For
The Middle District Of Alabama

RECEIVED
2008 MAR 17 A 8:52

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Paul Harold Smith 161990 - ~~Robert Donald Duck Jr~~ 238080
Lou Lamar Farr 233729
Christopher David Lee
On Behalf of Themselves And
All Similarly Situated

vs.

~~████~~ Bob Riley, Gov. Alabama
Troy King, Alabama Att. General
Ala. Dept. of Public Safety

2:08cv192-MEF
Case No. 2:08-CV-184-MEF

Petition For Class Action Status And Appointment of Counsel

Comes now the plaintiffs in the above styled cause and pursuant to Rule 23 Federal Rules Civil Procedure presents this Petition For Class Action Status And Appointment of Counsel and in support thereof state the following:

1. Throughout the State of Alabama there are hundreds of people who are affected by the unconstitutional application of Alabama's Community Notification Act.

2. The above listed plaintiffs are prison inmates who do not have the level of education, or training in the legal profession, which would allow

2.

them to adequately represent the class and pursue these matters to a successful conclusion.

3. Because of the number of individuals affected by the unconstitutional actions of the defendants — and the commonality of the claims for relief — class action status on the herein styled matter would be proper.

Respectfully submitted this 13th day of March, 2008.

Paul W Smith 161990
Ken Taylor Jr #233729
Christopher David Lee 191746
Robert Donald Duck Jr 238080

Plaintiffs On Behalf of Themselves And All Similarly Situated