IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LON LAMAR FARR, #233 729, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:08-cv-192-MEF |
| | )     [WO] |
| BOB RILEY, GOVERNOR OF | ) |
| ALABAMA, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

On March 20, 2008, the Magistrate Judge filed a Recommendation (Doc. #7) in this case to which no timely objections have been filed. Upon an independent review of the file in this case, and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge (Doc. # 7) is ADOPTED.

2.  Plaintiff's Petition for Class Action Status and Appointment of Counsel (Doc. # 4) is DENIED.

3.  This case with respect to the remaining defendants be referred back to the Magistrate Judge for further proceedings.

DONE this the 10th day of April, 2008.

                                                      /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE