IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LON LAMAR FARR, #233729,        )<br>        Plaintiff,        )<br>v.        )<br>        )<br>BOB RILEY, GOVERNOR OF        )<br>ALABAMA, et al.,        )<br>        )<br>        Defendants        ) | No. 2:08-CV-192-MEF-TFM |

**NOTICE OF APPEARANCE**

The undersigned Counsel, Winfield J. Sinclair, files this Notice of Appearance as additional counsel for Bob Riley, Governor of Alabama.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL


s/Winfield J. Sinclair
Winfield J. Sinclair
Bar Number: (SIN006)

Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 353-8440
E-mail:  wsinclair@ago.state.al.us

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 14th day of April 2008, I served a copy of the foregoing on *pro se* plaintiff LON LAMAR FARR by placing a copy of it in the United States Mail, postage prepaid, and addressed as follows:

LON LAMAR FARR, #233729
ADOC BIBB
Bibb Correctional Facility
565 Bibb Lane
Brent, AL 35034

                                          s/Winfield J. Sinclair
                                          Winfield J. Sinclair
                                          Assistant Attorney General