IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| LON LAMAR FARR, #233 729 | * | |
| Plaintiff, | * | |
| v. | * | 2:08-CV-192-MEF |
| BOB RILEY, GOVERNOR OF ALABAMA, *et al.*, | * | |
| | * | |
| Defendants. | | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' motion for leave to file a dispositive motion, it is

ORDERED that the motion (*Doc. No. 12*) be and is hereby DENIED.

Done, this 15th day of April 2008.


                                                              /s/ Terry F. Moorer
                                                              TERRY F. MOORER
                                                              UNITED STATES MAGISTRATE JUDGE