Smith

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Troy King
Office of the Attorney General
Alabama State House
11 South Union Street, Third Floor
Montgomery, AL 36130

2:08cv192 cmp order/rtc ans due 5/9

2. Article Number
(Transfer from service label)    7007 1490 0000 0024 5232

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Lynn Gray    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Lynn Gray    4-10-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes