IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| LON LAMAR FARR, #233729, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-0192-MEF |
| | ) |
| BOB RILEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

On April 1, 2008, the Magistrate Judge filed a Recommendation (Doc. #9) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Plaintiff's claims against the Alabama Department of Public Safety is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1015(e)(2)(B)(i).

3. The Alabama Department of Public Safety is DISMISSED as a party to this complaint.

4. This case, with respect to the remaining defendants, is referred back to the Magistrate Judge for further proceedings.

DONE this the 23rd day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE