April 22, 2008

United States
Magistrate Judge
Terry F. Moorer

RECEIVED
2008 APR 29 A 9:58
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RE: Relocation of Plaintiff
Ais # 233729 aka
Lon Lamar Farr

Judge,
On friday, 18, 2006 William G. Parker and Winfield Sinclair came to Bibb County Correctional Facility and asked straght out what I wanted out of this, your case 2:08cv00192 MEF-TFM. They had me make a notarized statement signed by all. I didnot "want anything" for whatever that question wasment to ask. I stated how this law has affected me at sentencing being used 18 yrs after convicted and 16 yrs after with adjuication withheld it was to be vacated and then a Govenors Pardon was to be available. I am now

attempting to again after years to locate Bobbie Smith and her Mother Pam Smith to have the again Recant their tale against my innocent wife and my innocent self.

This unfortunately was a child crying out the only way she knew how, reaching for the only 2 people who cared for her at the time. The mother was blinded by lust and drugs, by the stepfather who did the deed.

My wife and I had known the child and mother for 3 years and had tried to adopt Angie but the stepfather/mother where yes one month, no the next. My wife father case blown up with that proved to be fatal type of lung disease. My wife is arrested at home? 2yrs after we left Florida to help with the family's trucking business it turned myself in.

Pleading the case out Runs our

lives there, eventually her dependence on nerve and anti depressents lead to hospitalization on several occasions. 100 thousand dollars in detox clinics and finally drove me away.

The last time I heard from the only woman I've ever cared about she called from somewhere in Florida, would not tell me where begging for money to be sent via western union with a tad question, but answer since she had no purse, I.d, nothing, I sent $500.00 and have no clue to this day if she lives or not. This was Sept 19, 2001.

Sorry to rattle on sir, My New location strangely enough after I guess not telling them "what I wanted" on a friday, on tuesday suddenly I'm on transfer order now at a D.H.S.

(ice.) Detention Facility at Perry Co. I was on an priority/emergency surgery list awaiting D.O.C. approval to Jackson Hospital Outpatient Services for a potinaly fatal hernia that had taken 5 months to get to this point. So if the intestine/hernia doesn't end my life. I ask that any mail in this case be sent to:

Plaintiff Lon Lamar Farr AIS #233729
Perry County ICE Detention Center
(DHS)
R. 2 Box 176
Uniontown Alabama
36786

Respectfully Semper
Pax Vobiscum
Lon Lamar Farr

Jon Fort 233729
P+2 box178/58
uniontown al
36786

United States
Magistrate Judge
Terry F. Moorer
c/o Office of the Clerk
P.O. Box 711
Montgomery Alabama
36101-0711

MONTGOMERY AL 361
28 APR 2008 PM 3 L

3610190711 B007