IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

LON LAMAR FARR, #233 729      *

    Plaintiff,      *

    v.      *      2:08-CV-192-MEF

BOB RILEY, GOVERNOR OF      *
ALABAMA, *et al.*,
        *

    Defendants.

_____

**ORDER**

Defendants filed their written report on May 9, 2008. In a footnote to the report, Defendants indicate that although they are unaware of Plaintiff's release date, they believe that it is not imminent and the instant case, therefore, may not present a "case or controversy" within the meaning of Article III. (*See Doc. No. 21 at 3 fn.5*.) According to the Alabama Department of Corrections' website, Plaintiff's current release date is June 26, 2026.[1] Accordingly, it is

ORDERED that on or before May 27, 2008 Defendants file a supplemental written report which discusses what impact, if any, Plaintiff's current release date has on his claims before the court.

---

[1] *Available at http://www.doc.state.al.us/inmsearch.asp.*

Done, this 12th day of May 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE