IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LON LAMAR FARR, #233 729, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 2:08-CV-192-MEF |
| | )    [WO] |
| BOB RILEY, GOVERNOR OF | ) |
| ALABAMA, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

On July 17, 2008, the Magistrate Judge filed a Recommendation (Doc. #26) in this case to which no timely objections have been filed. Upon an independent review of the file in this case, and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED; and,

2. This case is DISMISSED without prejudice for Plaintiff's abandonment of his claims, failure to comply with the orders of this court, and failure to properly prosecute this action.

DONE this the 13th day of August, 2008.

                                              /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE